IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01510-WYD-CBS

J. SCOTT LASATER, as Personal Representative of the Estate of Gene M. Lasater, deceased,

    Plaintiff,

v.

GENE MARTIN LASATER, JR., a/k/a MARTY LASATER, an individual,

    Defendant.

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal Without Prejudice filed October 11, 2013 (ECF No. 15), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  October 15, 2013

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge