IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01510-WYD-CBS

J. SCOTT LASATER, as Personal Representative of the Estate of Gene M. Lasater, deceased,

    Plaintiff,

v.

GENE MARTIN LASATER, JR., a/k/a MARTY LASATER, an individual,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant's Motion for Attorney Fees filed October 24, 2013 (ECF No. 18) is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    Dated:  October 28, 2013